GEORGE R. CARTER, ESQ.
Nevada Bar No. 000169
1050 E. Sahara Ave., Suite 301
Las Vegas, Nevada 89104
(702) 384-8951
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,           )        Case No.: 2:11-CR-0192-RLH-GWF
                                    )
                                    )
            Plaintiff,              )
                                    )
vs.                                 )
                                    )
JAMES E. TINNELL, M.D.              )
                                    )
            Defendant.              )
_____    )

## SUBSTITUTION OF ATTORNEYS

George R. Carter, Esq., is hereby substituted as attorney for Defendant, in the above-entitled action, in place of and instead of Dean Kajioka, Esq.

Dated this **21** day of May, 2012.


JAMES E. TINNELL, M.D.

/ / /

/ / /

/ / /

I hereby consent to the above and foregoing substitution.

Dated this __23__ day of May, 2012.

_____
DEAN KAJIOKA, ESQ.
8530 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89117

I hereby accept the above and foregoing substitution as attorney for Defendant,
JAMES E. TINNELL, M.D.

Dated this __21__ day of May, 2012.

_____
GEORGE R. CARTER, ESQ.
Nevada Bar No. 000169
1050 E. Sahara Ave., Suite 301
Las Vegas, Nevada 89104
(702) 384-8951
Attorney for Defendant

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED: August 6, 2012**

## CERTIFICATE OF MAILING

The foregoing SUBSTITUTION OF ATTORNEYS in the above-captioned case was served by mailing a true and correct copy of thereof on the $31st$ day of May, 2012, via first class mail, postage prepaid and addressed as follows:

Daniel G. Bogden
United States Attorney
Crane M. Pomerantz
Assistant United States Attorney
333 Las Vegas Boulevard South
Fifth Floor
Las Vegas, Nevada 89101

Dean Kajioka, Esq.
8530 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89117

Josie Robles, an employee of
GEORGE R. CARTER, ESQ.